**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00957-CR

### EX PARTE LOWELL RHODES

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX17-90033**

## ORDER

The record has been filed in this appeal.

We **ORDER** appellant to file his brief by **October 10, 2017**. We **ORDER** the State to file its brief by **October 31, 2017**. If either party fails to file a brief by the due date, the appeal will be submitted without that party's brief.

This appeal will be submitted without argument on **December 1, 2017** to a panel consisting of Justices Lang, Brown, and Whitehill.

/s/     LANA MYERS
JUSTICE